# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO AUSANO and NORMA AUSANO,<br><br>Plaintiffs,<br><br>vs.<br><br>BAC HOME LOANS SERVICING, LP, et al; NATIONAL CITY BANK; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  10-cv-00004-BTM-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE TIME FOR DEFENDANT BAC HOME LOANS SERVICING, LP TO RESPOND TO INITIAL COMPLAINT**<br><br>**[NO HEARING REQUIRED]**<br><br>HON. BARRY T. MOSKOWITZ<br>COURTROOM 15<br>EDWARD J. SCHWARTZ U.S. COURTHOUSE |

1     The Joint Motion of Plaintiffs Mario Ausano and Norma Ausano ("Plaintiffs") and Defendant BAC Home Loans Servicing, LP ("Defendant") for an order extending the time for Defendant to respond to Plaintiffs' Complaint in the above-captioned matter is hereby GRANTED.

    GOOD CAUSE APPEARING IN THE JOINT MOTION, IT IS THEREFORE ORDERED THAT:

    Defendant's deadline for responding to Plaintiffs' Complaint shall be, and hereby is, extended by 30 days from January 11, 2010, to February 10, 2010.

Dated: January 15, 2010

_/s/ Barry Ted Moskowitz_
Hon. Barry T. Moskowitz
United States District Court

1

ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME TO RESPOND TO
INITIAL COMPLAINT